No. 384, Misc.  COOPER *v.* FLORIDA.  Motion for leave to file petition for writ of habeas corpus denied.  Petitioner *pro se*.  *Earl Faircloth,* Attorney General of Florida, and *William D. Roth,* Assistant Attorney General, for respondent.

No. 613, Misc.  RICHARDSON *v.* MISSOURI;

No. 673, Misc.  HURLEY *v.* UNITED STATES; and

No. 703, Misc.  BARNES *v.* MISSOURI.  Motions for leave to file petitions for writs of mandamus denied.

No. 256.  UNITED STATES *v.* COOK.  Appeal from D. C. M. D. Tenn.  Motion to dispense with printing the motion to dismiss or affirm granted.  Probable jurisdiction noted.  *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 636.  SECURITIES AND EXCHANGE COMMISSION *v.* NEW ENGLAND ELECTRIC SYSTEM ET AL.  C. A. 1st Cir.  Certiorari granted.  *Solicitor General Marshall, Philip A. Loomis, Jr., David Ferber* and *Aaron Levy* for petitioner.  *John R. Quarles* for respondents.

No. 37, Misc.  DAVIS *v.* NORTH CAROLINA.  C. A. 4th Cir.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted.  The case is transferred to the appellate docket.  *Conrad O. Pearson* for petitioner.  *T. W. Bruton,* Attorney General of North Carolina, and *James F. Bullock,* Assistant Attorney General, for respondent.